SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.txcourts.gov/1stcoa.aspx



# Court of Appeals
# First District

**301 Fannin Street**
**Houston, Texas 77002-2066**

December 15, 2015

Court Reporter 246th District Clerk
201 Caroline
16th Floor
Houston, TX 77002
* DELIVERED VIA E-MAIL *

**RE:**   **Court of Appeals Number:** 01-15-00702-CV   **Trial Court Case Number:** 2009-09626

**Style:** Walter Francisco Salinas v. Patricia Melton

Dear Reporter:

The reporter's record was due to be filed 12/11/2015, but it has not been received for filing. *See* TEX. R. APP. P. 35.1. Please file the reporter's record within 30 days of the date of this notice. *See* TEX. R. APP. P. 37.3(a)(1).

Or, you may use the information sheet on the Forms page of the Court's website, http://www.txcourts.gov/1stcoa, to notify my office that: (1) proceedings were not recorded; (2) no party has requested a reporter's record; (3) the party responsible for paying for preparation of the reporter's record has not paid the reporter's fee or has not made satisfactory arrangements to pay the fee and, is not entitled to appeal without paying the fee, i.e., the party is not indigent. *See* TEX. R. APP. P. 35.3 (b).

If either the reporter's record or a request for an extension of time is not filed by the due date, this matter will be referred to the Court so it can make whatever order is appropriate to avoid further delay and to preserve the parties' rights. *See* TEX. R. APP. P. 37.3(a)(1).

Sincerely,

Christopher A. Prine, Clerk of the Court

By Noemi E. Hernandez, Deputy Clerk

cc:    Walter Francisco Salinas
The Honorable Harris County District Clerk's Office - Civil (DELIVERED VIA E-MAIL)
Judge 246th District Court (DELIVERED VIA E-MAIL)
Marsha I. Reed (DELIVERED VIA E-MAIL)



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 1W
0001372104 DEC 17 2015

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

₦ HOUSTON

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

CASE NO. 01-15-00702-CV
WALTER FRANCISCO SALINAS
8282 PARK PLACE BLVD, APT D6
HOUSTON, TX 77017

UTF

NIXIE    773    7E 1          0012/29/15

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699    *2733-05500-18-01



**FIRST COURT OF APPEALS**
301 Fannin Street
Houston, Texas 77002-2066

U.S. POSTAGE ⟫ PITNEY BOWES

December 15, 2015

ZIP 77002 $ 000.35⁰
02 1W
0001372104 DEC 17 2015

RE: Case No. 01-15-00702-CV

Style: Walter Francisco Salinas
v. Patricia Melton

The clerk's record in this appeal has not been timely filed with this court. The court requests that the record be filed within 30 days of the date of this letter. If the record is not filed by that date, I will refer the matter to the court. If you are unable to file the record by that date, you should request an extension for the court to consider. If the appellant has not made arrangements for paying for the record, please advise the court in writing. See Tex. R. App. P. 35.3(a)(2) and (b)(3).

Christopher A. Prine, Clerk of the

T. C. Case # 2009-09626

Walter Francisco Salinas
8282 Park Place Blvd. Apt D6
Houston, TX 77017

NIXIE    773    7E 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 77002206699          *1933-03240-17-46

0012/29/15

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 3 1 2015

CHRISTOPHER A. PRINE
CLERK